tiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Benjamin I. Salinger* for the petitioners. No appearance for the respondent.

———

No. 1124. A. W. LAWTON, PETITIONER, *v.* N. LESLIE CARPENTER ET AL., ETC. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Joseph A. McCullough* and *Mr. William Garrard* for the petitioner. *Mr. Joseph E. Johnson* for the respondents.

———

No. 1126. GEORGE ROUKOUS, PETITIONER, *v.* THE UNITED STATES. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Boyd B. Jones* and *Mr. Walter H. Barney* for the petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

———

No. 1135. EDWARD H. HANCE ET AL., ETC., PETITIONERS, *v.* THE UNITED STATES. May 27, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph C. Fraley, Mr. H. N. Paul, Jr.,* and *Mr. Charles L. Sturtevant* for the petitioners. *The Attorney General* and *Mr. Assistant Attorney General Harr* for the respondent.

———

No. 888. UNITED RAILROADS OF SAN FRANCISCO, PETITIONER, *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.